RICHARD H. GAUNTT v. MAYOR AND COUNCIL OF THE
CITY OF BRIDGETON.

October 4, 1984.

Petition for certification denied.

GEORGE R. JACQUES v. HOWARD L. BEYER.

October 4, 1984.

Petition for certification denied.

IN THE MATTER OF THE TRUST UNDER THE
AGREEMENT DATED JULY 8, 1965.

FREDERICA B. CLUCAS, SETTLOR, CHARLES S. VON STADE,
JR., AND FREDERICA V.S. ELKUS v. WHITEOAKS LAND
CORPORATION AND EDWARD W. CLUCAS, III.

October 4, 1984.

Petition for certification denied.

EUGENE M. SQUEO v. COMFORT CONTROL CORP.

October 4, 1984.

Petition for certification granted. (See 194 *N.J.Super.* 366)